UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME W. DEWALD,<br><br>       Plaintiff,<br><br>       -v.-<br><br>DONALD J. TRUMP, NY SECRETARY OF STATE, ROBERT J. RODRIGUEZ, *in his official capacity as NY Secretary of State*, RUDY GIULIANI, MARK MEADOWS, SIDNEY POWELL, JOHN EASTMAN, KENNETH CHESEBRO, JENNA ELLIS, RAY SMITH, JEFFREY CLARK, MICHAEL ROMAN, MISTY HAMPTON, ROBERT CHEELEY, SCOTT HALL, STEPHEN LEE, TREVIAN KUTTI, DAVID SHAFER, SHAWN STILL, and CATHY LATHAM,<br><br>       Defendants. | 23 Civ. 7833 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  As set forth during today's conference, pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby ADJOURNS the deadline by which Plaintiff must serve all Defendants in this matter to **February 12, 2024**. Absent extenuating circumstances, the Court is disinclined to grant further extensions of this deadline.

  Further, the Court hereby ADJOURNS *sine die* the deadline by which Defendant Trump must answer or otherwise respond to the Complaint, pending further order of the Court.

  Finally, the Court hereby ADJOURNS *sine die* the initial pretrial conference scheduled for **January 10, 2024**, at **11:30 a.m.** (Dkt. #4), pending further order of the Court.

SO ORDERED.

Dated: November 30, 2023
        New York, New York

KATHERINE POLK FAILLA
United States District Judge